IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SCOTT HATHCOCK, PLAINTIFF,

VS. CIVIL ACTION NO. 2:07CV004-P-A

INTERNATIONAL TRUCK AND
ENGINE CORPORATION, DEFENDANT.

## FINAL JUDGMENT

This matter comes before the court upon the U.S. Magistrate Judge's Report and Recommendation [24] that this cause should be dismissed without prejudice for failure to prosecute. Having reviewed the Report and Recommendation, and no objections having been filed by the July 31, 2007 deadline, the court adopts and incorporates herein the U.S. Magistrate Judge's Report and Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The court adopts and incorporates herein the U.S. Magistrate Judge's Report and Recommendation [24] that this cause be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 72(b); therefore,

(2) All of the plaintiff's claims against the defendant are **DISMISSED WITHOUT PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 7th day of August, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE